**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT AKRON**

| | |
|---|---|
| LAWRENCE STRIMPLE,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, NATIONAL ASSOCIATION,<br><br>Defendant. | Case No.:<br><br>[Removal of Summit County Court of Common Pleas Court Case No. CVF 2026-06-2493] |

**NOTICE OF REMOVAL**

Defendant Citibank, N.A. ("Citibank" and/or "Defendant") by and through undersigned counsel, hereby provides notice pursuant to 28 U.S.C. §§ 1441 and 1446 of the removal of the above-captioned case from the Summit County Court of Common Pleas, in Summit County, Ohio to the United States District Court for the Northern District of Ohio. As grounds for removal, Citibank states as follows:

**I.      This Court Has Subject Matter Jurisdiction Pursuant to 28 U.S.C. §§ 1331 and 1441**

1.      On June 6, 2026, Plaintiff Lawrence Strimple ("Plaintiff") filed the action in the Summit County Court of Common Pleas. Although not expressly stated, the Complaint alleges that Citibank failed to investigate Plaintiff's dispute of a personal loan that Plaintiff claims was opened fraudulently in his name, which Plaintiff further alleges caused him damage to his credit rating and creditworthiness; claims that are pre-empted by the federal Fair Credit Reporting Act, §15 U.S.C. §1681, *et. seq.* ("FCRA"). True and correct copies of all process and pleadings in this action received by Citibank are attached as **Exhibit A**.

2.      Federal courts in Ohio have repeatedly held that the FCRA is the exclusive remedy for claims regarding damage to credit rating, specifically due to the statute's strict preemption

clauses (e.g., 15 U.S.C. $ 1681t(b)(1)(F)) which prevent plaintiffs from bringing state law claims (like unjust enrichment, negligence, or conversion) against those who furnish or report credit information. *See, Scott v. First S. Nat'l Bank,* 936 F.3d 509 (6th Cir. 2019) (holding that the FCRA preempted borrowers' state common law claims against lender since these claims arose from lender's reporting obligations to the credit bureaus, and so concerned the same subject matter regulated under FCRA. 15 U.S.C.A. § 1681s-2.)

3.      Accordingly, this action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that it is a civil action arising under the laws of the United States, specifically the FCRA.

## II.      The Procedural Requirements For Removal Are Satisfied

2.      The Complaint was served on Citibank on June 22, 2026.  Citibank has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because it has filed it within 30 days of receipt and service of the Complaint.  Pursuant to 28 U.S.C. § 1446(a), all pleadings in the action received by Citibank are attached as Exhibit A.

3.      This Court Has Removal Jurisdiction Over This Action. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one that Citibank may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(c) in that Plaintiff alleges violations of law which are preempted by the FCRA, (s*ee* Exhibit A, *generally* and ¶17 *specifically*), a claim that is created by, and arises under, federal law.

4.      This Court is the proper district court for removal because the Summit County Court is located within the jurisdiction of the United States District Court for the Northern District

of Ohio. Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

5.    No previous application has been made for the relief requested herein.

7.    Upon filing this Notice of Removal, the undersigned certifies he will give written Notice to Plaintiff and file a copy of this notice with the clerk of the state court. 28 U.S.C. § 1446 (d).

WHEREFORE, for all of the foregoing reasons, Citibank hereby removes the action now pending in the Summit County Court of Common Pleas, in Summit County, Ohio to the United States District Court for the Northern District of Ohio.

Dated: July 22, 2026                              Respectfully submitted,

**HOLLAND & KNIGHT LLP**

/s/ *John E. Joseph*
John E. Joseph, Esq.
Ohio I.D. No. 0074445
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone: 215.252.9576
Email: john.joseph@hklaw.com

*Attorneys for Defendant*
*Citibank N.A.*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2026, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system. I certify that I have caused a copy of the foregoing Notice of

Removal to be served on this date upon the following person:

Marita I. Ramirez (0101882)
Marc E. Dann (0039425)
Brian D. Flick (0081605)
DannLaw
15000 Madison Ave.
Lakewood, OH 44107
(216) 373-0539
(216) 373-0536 — fax
notices@dannlaw.com

Corey Flowers, Esq. (0090658)
THE FLOWERS LAW FIRM, LLC
183 W. Aurora Road, Rear Suite
Northfield, Ohio 44067
T: (330) 468-4878
F: (330) 468-3544

*Attorneys for Plaintiff*
*Laurence Strimple*


<u>*/s/ John E. Joseph*</u>
John E. Joseph